**FILED**

01/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0483

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 23-483

JOHN MICHAEL CONNORS,
  *Petitioner and Appellee,*

v.

HAZEL NOONAN,
  *Respondent and Appellant.*

## ORDER

Upon consideration of Appellee's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including February 13, 2024, within which to prepare, file, and serve Appellee's Response brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 4 2024